FILED
2013 Feb-13  AM 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **VERONICA L. BARNETT,** | } |
| Plaintiff, | } |
| v. | }   Case No.:  **7:12-CV-03511-RDP** |
| **MRS BPO, LLC,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 8), filed on February 12, 2013, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this     13th     day of February, 2013.



_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE